UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | NO. CR12-5334-BHS |
| Plaintiff,                  ) | |
|                             ) | ORDER EXTENDING PRETRIAL |
| vs.                         ) | MOTIONS' DEADLINE |
|                             ) | |
| MARIA EVANGELINA MARTINEZ,  ) | |
|                             ) | |
| Defendant.                  ) | |

Upon the Defense Unopposed Motion for an Extension of the Pretrial Motions' Deadline in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions' deadline in this matter be extended to December 28, 2012.

DONE this 6th day of December, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ John R. Carpenter*         */s/ David Reese Jennings*
JOHN R. CARPENTER              DAVID REESE JENNINGS
Attorney for Defendant         Assistant United States Attorney

ORDER EXTENDING PRETRIAL MOTIONS' DEADLINE
*United States v. Martinez*; CR12-5334-BHS         1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710